**U.S. Patent No. US 10,565,888 v. Google LLC**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [5.P]  A system, comprising: | Alphabet ("Company") makes, uses, sells, and/or offers to sell a system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a Fitbit application, installed on multiple products including, but not limited to, a smartphone and a tablet ("system") that evaluates multiple health parameters for a user such as Heart rate variability and sleep score, received from the Fitbit watch worn by the user.<br><br><br><br>Source: https://www.fitbit.com/global/us/technology/fitbit-app (annotated) |



Source: https://www.fitbit.com/global/us/technology/daily-readiness-score



Source: https://www.fitbit.com/global/us/technology/fitbit-app

Source: https://help.fitbit.com/articles/en_US/Help_article/2462.htm

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [5.1] a score component configured to assign a score to at least one aspect of an actual action of a user, where the at least one aspect comprises a physical range of motion during at least part of the actual action of the user such that the score accounts for the physical range of motion; | Company provides a score component configured to assign a score to at least one aspect of an actual action of a user, where the at least one aspect comprises a physical range of motion during at least part of the actual action of the user such that the score accounts for the physical range of motion.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user wears the Fitbit watch and performs an exercise, such as running ("physical range of motion"), the watch measures multiple health-related parameters such as heart rate, calories burnt, and the average pace per mile. Further, the watch shares health-related information with the Fitbit application, which further provides a feature of daily readiness score that indicate the performance output of the user ("actual action of the user") according to the set goals. Therefore, it would be apparent for a person having ordinary skills in the art that the application comprises a score component that assigns a score in the form of daily readiness score, according to the activities performed by the user.<br><br>Most devices automatically track several exercises, including a walk, run, or elliptical workout.<br><br>Source: https://help.fitbit.com/articles/en_US/Help_article/1935.htm (annotated)<br><br>physical range of motion |



Score: https://www.fitbit.com/global/us/technology/daily-readiness-score (annotated)

Source: https://www.fitbit.com/global/us/products/smartwatches/versa4, at 0:45

**What is Daily Readiness Score?**

Daily Readiness Score uses your Fitbit data to assess whether you're ready to work out or should prioritize recovery. Over time, it will help you understand how your activity levels, sleep patterns and heart rate variability from previous days contribute to how energized you feel today. **Watch this video to learn more.**

**How is Daily Readiness Score calculated?**

The score compares your recent activity, sleep and heart rate variability (HRV) levels against your personal baseline.

Source: https://www.fitbit.com/global/us/technology/daily-readiness-score

| | |
|---|---|
| | **What does a high or low score mean?**<br><br>A high score means you're ready for a higher-intensity workout. A low score means your body is fatigued from a tough workout, poor sleep, stress or strain on the body—or a combination of these factors. Prioritize rest & recovery on low score days.<br><br>See what to expect on high- and low-score days below.<br><br>Source: https://www.fitbit.com/global/us/technology/daily-readiness-score<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [5.2] a selection component configured to select a training plan for the user that corresponds to the score that accounts for the physical range of motion, where | Company provides a selection component configured to select a training plan for the user that corresponds to the score that accounts for the physical range of motion, where the selection component selects the selected training plan from a training plan set comprising a first training plan and a second training plan.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, on the basis of tracking the user's activity ("physical range of motion") by the Fitbit Watch, the Fitbit application suggests a Fitbit premium workout ("selected training plan") among a set of workouts ("training plan set"). Therefore, upon information and belief, the application comprises a selection component configured to select the Fitbit premium workout from a set of workouts that comprises a first training plan and a second training plan. |

| the selection component selects the selected training plan from a training plan set comprising a first training plan and a second training plan; | A high readiness score (30 or above) means you're ready to exercise. When you check your score in the Fitbit app, you'll see suggested Fitbit Premium workouts and a personalized Active Zone Minutes goal to help you stay motivated. |
|---|---|

Source: https://help.fitbit.com/articles/en_US/Help_article/2470.htm#:~:text=A%20high%20readiness%20score%20(30,to%20help%20you%20stay%20motivated.



Training plan set

Source: https://www.fitbit.com/global/us/technology/daily-readiness-score (annotated)



Source: https://www.youtube.com/watch?v=6rWc7gxgu6Y, at 0:35

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [5.3] an output component configured to cause the selected training plan to be presented to a user, by way of a display as a | Company provides an output component configured to cause the selected training plan to be presented to a user, by way of a display as a recommended training plan.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Fitbit application displays ("output component") the suggested Fitbit premium workouts ("selected training plan") along with the score for the user. |
|---|---|

| recommended training plan; | A high readiness score (30 or above) means you're ready to exercise. When you check your score in the Fitbit app, you'll see suggested Fitbit Premium workouts and a personalized Active Zone Minutes goal to help you stay motivated. |

Source:
https://help.fitbit.com/articles/en_US/Help_article/2470.htm#:~:text=A%20high%20readiness%20score%20(30,to%20help%20you%20stay%20motivated.



Source: https://www.fitbit.com/global/us/technology/daily-readiness-score (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [5.4] a reception component configured to receive an indication, by way of the display, that the user desires for the selected training plan to be a current training plan for the user; and | Company provides a reception component configured to receive an indication, by way of the display, that the user desires for the selected training plan to be a current training plan for the user. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the Fitbit application displays the suggested Fitbit premium workouts ("selected training plan") and provides the post-workout summary. Therefore, upon information and belief, when the user selects the suggested workout, the reception component in the application receives an indication in the form of selection such that the user desires for the suggested workout to be a current training plan. |
| | A high readiness score (30 or above) means you're ready to exercise. When you check your score in the Fitbit app, you'll see suggested Fitbit Premium workouts and a personalized Active Zone Minutes goal to help you stay motivated. |
| | Source: https://help.fitbit.com/articles/en_US/Help_article/2470.htm#:~:text=A%20high%20readiness%20score%20(30,to%20help%20you%20stay%20motivated. |



Source: https://www.fitbit.com/global/us/technology/daily-readiness-score (annotated)

Automatically track exercise or track activity with the Exercise app 🏃 to see real-time stats and a post-workout summary.

Source: https://help.fitbit.com/manuals/manual_versa_4_en_US.pdf, Page 50

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [5.5] an appointment component configured to appoint the selected training plan as the current training plan for the user in response to the indication that the user desires for the selected training plan to be the current training plan, | Company provides an appointment component configured to appoint the selected training plan as the current training plan for the user in response to the indication that the user desires for the selected training plan to be the current training plan. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, upon information and belief, after the user selects the suggested workout ("in response to the indication that the user desires for the selected training plan to be the current training plan"), the appointment component in the application appoints the suggested workout as the current training plan for the user and then, provides a post-workout summary. |
| | A high readiness score (30 or above) means you're ready to exercise. When you check your score in the Fitbit app, you'll see suggested Fitbit Premium workouts and a personalized Active Zone Minutes goal to help you stay motivated. |
| | Source: https://help.fitbit.com/articles/en_US/Help_article/2470.htm#:~:text=A%20high%20readiness%20score%20(30,to%20help%20you%20stay%20motivated. |

14



Source: https://www.fitbit.com/global/us/technology/daily-readiness-score (annotated)

Automatically track exercise or track activity with the Exercise app 🏃 to see real-time stats and a post-workout summary.

Source: https://help.fitbit.com/manuals/manual_versa_4_en_US.pdf, Page 50

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [5.6] where the score component, the selection component, the selection | Company provides a system where the score component, the selection component, the output component, the reception component, the appointment component, or a combination thereof implement, at least in part, by way of non-software. |
| --- | --- |

| | |
|---|---|
| component, the output component, the reception component, the appointment component, or a combination thereof implement, at least in part, by way of non-software. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the process of scoring, suggesting the Fitbit premium workout, displaying the workouts, and implementing the selected workout ("the score component, the selection component, the output component, the reception component, the appointment component, or a combination thereof"), is completed by using Fitbit watch ("non-software"), that provides health related information to the Fitbit application installed in the smartphone or tablet.<br><br>Most devices automatically track several exercises, including a walk, run, or elliptical workout.<br><br>Source: https://help.fitbit.com/articles/en_US/Help_article/1935.htm<br><br><br><br>Source: https://www.fitbit.com/global/us/technology/fitbit-app<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [9]   The system | Company provides the system of claim 5, comprising a disclosure component configured to cause disclosure of the score to the user. |

| of claim 5, comprising: a disclosure component configured to cause disclosure of the score to the user. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Fitbit application provides the score to the user in the form of daily readiness score that indicate the performance output of the user according to the set goals. Therefore, upon information and belief, the application comprises a disclosure component configured to cause disclosure of the score to the user.<br><br><br><br>Score: https://www.fitbit.com/global/us/technology/daily-readiness-score (annotated) |

**What is Daily Readiness Score?**

Daily Readiness Score uses your Fitbit data to assess whether you're ready to work out or should prioritize recovery. Over time, it will help you understand how your activity levels, sleep patterns and heart rate variability from previous days contribute to how energized you feel today. **Watch this video to learn more.**

**How is Daily Readiness Score calculated?**

The score compares your recent activity, sleep and heart rate variability (HRV) levels against your personal baseline.

Source: https://www.fitbit.com/global/us/technology/daily-readiness-score

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [17.P] A system comprising: | Alphabet ("Company") makes, uses, sells, and/or offers to sell a system.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Company provides a Fitbit application, installed on multiple products including, but not limited to, a smartphone and a tablet ("system") that evaluates multiple health parameters for a user such as Heart rate variability and sleep score, received from the Fitbit watch worn by the user. |
|---|---|



Fitbit application installed in a smartphone.

Source: https://www.fitbit.com/global/us/technology/fitbit-app (annotated)



Source: https://www.fitbit.com/global/us/technology/daily-readiness-score



Source: https://www.fitbit.com/global/us/technology/fitbit-app



Source: https://help.fitbit.com/articles/en_US/Help_article/2462.htm

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [17.1] a score component configured to assign a score to at least one aspect of an actual action of a user, where the at least one aspect comprises a speed during at least part of the actual action of the user such that the score accounts for the speed; | Company provides a score component configured to assign a score to at least one aspect of an actual action of a user, where the at least one aspect comprises a speed during at least part of the actual action of the user such that the score accounts for the speed.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user wears the Fitbit watch and performs an exercise, such as running on a treadmill the watch measures multiple health-related parameters such as heart rate, calories burnt, and the real time pace ("speed"). Further, the watch shares health-related information with the Fitbit application, which further provides a feature of daily readiness score that indicate the performance output of the user ("actual action of the user") according to the set goals. Therefore, it would be apparent for a person having ordinary skills in the art that the application comprises a score component that assigns a score in the form of daily readiness score, according to the activities performed by the user.<br><br>Most devices automatically track several exercises, including a walk, run, or elliptical workout.<br><br>Source: https://help.fitbit.com/articles/en_US/Help_article/1935.htm<br><br>Choose from strength training, kayaking and more with **40+ exercise modes** and see your stats in the moment on your smartwatch. Plus, get real-time pace & distance during outdoor workouts—no phone necessary—with **built-in GPS.**<br><br>Source: https://www.fitbit.com/global/us/products/smartwatches/versa4 |



Daily
Readiness
Score

Score: https://www.fitbit.com/global/us/technology/daily-readiness-score (annotated)

Source: https://www.fitbit.com/global/us/products/smartwatches/versa4, at 0:45

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [17.2]      a selection component configured to select a first training plan for the user that corresponds to the score that accounts for the speed, where the selection component selects the selected training plan from a training plan set comprising the first training plan and a second training plan; | Company provides a selection component configured to select a training plan for the user that corresponds to the score that accounts for the speed, where the selection component selects the selected training plan from a training plan set comprising a first training plan and a second training plan.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, on the basis of tracking the user's activity ("speed") by the Fitbit Watch, the Fitbit application suggests a Fitbit premium workout ("selected training plan") among a set of workouts ("training plan set"). Therefore, upon information and belief, the application comprises a selection component configured to select the Fitbit premium workout from a set of workouts that comprises a first training plan and a second training plan.

Choose from strength training, kayaking and more with **40+ exercise modes** and see your stats in the moment on your smartwatch. Plus, get real-time pace & distance during outdoor workouts—no phone necessary—with **built-in GPS.**

Source: https://www.fitbit.com/global/us/products/smartwatches/versa4

A high readiness score (30 or above) means you're ready to exercise. When you check your score in the Fitbit app, you'll see suggested Fitbit Premium workouts and a personalized Active Zone Minutes goal to help you stay motivated. |

Source:
https://help.fitbit.com/articles/en_US/Help_article/2470.htm#:~:text=A%20high%20readiness%20score%20(30,to%20help%20you%20stay%20motivated.



Source: https://www.fitbit.com/global/us/technology/daily-readiness-score (annotated)



Source: https://www.youtube.com/watch?v=6rWc7gxgu6Y, at 0:35

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [17.3] an output component configured to cause the selected training plan to be presented to a user, by way of a display as | Company provides an output component configured to cause the selected training plan to be presented to a user, by way of a display as a recommended training plan.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Fitbit application displays ("output component") the suggested Fitbit premium workouts ("selected training plan") along with the score for the user. |

| a recommended training plan; | A high readiness score (30 or above) means you're ready to exercise. When you check your score in the Fitbit app, you'll see suggested Fitbit Premium workouts and a personalized Active Zone Minutes goal to help you stay motivated. |
| --- | --- |

Source:
https://help.fitbit.com/articles/en_US/Help_article/2470.htm#:~:text=A%20high%20readiness%20score%20(30,to%20help%20you%20stay%20motivated.



Source: https://www.fitbit.com/global/us/technology/daily-readiness-score (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| | |
|---|---|
| [17.4]   a reception component configured to receive an indication, by way of the display, that the user desires for the selected training plan to be a current training plan of the user; and | Company provides a reception component configured to receive an indication, by way of the display, that the user desires for the selected training plan to be a current training plan for the user.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Fitbit application displays the suggested Fitbit premium workouts ("selected training plan") and provides the post-workout summary. Therefore, upon information and belief, when the user selects the suggested workout, the reception component in the application receives an indication in the form of selection such that the user desires for the suggested workout to be a current training plan.<br><br>A high readiness score (30 or above) means you're ready to exercise. When you check your score in the Fitbit app, you'll see suggested Fitbit Premium workouts and a personalized Active Zone Minutes goal to help you stay motivated.<br><br>Source:<br>https://help.fitbit.com/articles/en_US/Help_article/2470.htm#:~:text=A%20high%20readiness%20score%20(30,to%20help%20you%20stay%20motivated. |



Source: https://www.fitbit.com/global/us/technology/daily-readiness-score (annotated)

Automatically track exercise or track activity with the Exercise app 🏃 to see real-time stats and a post-workout summary.

Source: https://help.fitbit.com/manuals/manual_versa_4_en_US.pdf, Page 50

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [17.5] an appointment component configured to | Company provides an appointment component configured to appoint the selected training plan as the current training plan for the user in response to the indication that the user desires for the selected training plan to be the current training plan. |
|---|---|

| | |
|---|---|
| appoint the selected training plan as the current training plan for the user in response to the indication that the user desires for the selected training plan to be the current training plan, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, upon information and belief, after the user selects the suggested workout ("in response to the indication that the user desires for the selected training plan to be the current training plan"), the appointment component in the application appoints the suggested workout as the current training plan for the user and then, provides a post-workout summary.<br><br>A high readiness score (30 or above) means you're ready to exercise. When you check your score in the Fitbit app, you'll see suggested Fitbit Premium workouts and a personalized Active Zone Minutes goal to help you stay motivated.<br><br>Source:<br>https://help.fitbit.com/articles/en_US/Help_article/2470.htm#:~:text=A%20high%20readiness%20score%20(30,to%20help%20you%20stay%20motivated. |



Source: https://www.fitbit.com/global/us/technology/daily-readiness-score (annotated)

Source: https://help.fitbit.com/manuals/manual_versa_4_en_US.pdf, Page 50

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [17.6] where the score component, the selection component, the output component, the reception component, the appointment component, or a combination thereof is implemented, at least in part, by way of a combination of hardware and software. | Company provides the system where the score component, the selection component, the output component, the reception component, the appointment component, or a combination thereof is implemented, at least in part, by way of a combination of hardware and software.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the process of scoring, suggesting the Fitbit premium workout, displaying the workouts, and implementing the selected workout ("the score component, the selection component, the output component, the reception component, the appointment component, or a combination thereof"), is completed by using Fitbit watch ("hardware"), that provides health related information to the Fitbit application ("software") installed in the smartphone or tablet.<br><br>Most devices automatically track several exercises, including a walk, run, or elliptical workout.<br><br>Source: https://help.fitbit.com/articles/en_US/Help_article/1935.htm<br><br><br><br>Source: https://www.fitbit.com/global/us/technology/fitbit-app |

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
|---|---|

## 2. List of References

1. https://www.fitbit.com/global/us/products/services/premium, last accessed on 29 November, 2023.
2. https://www.fitbit.com/global/us/technology/daily-readiness-score,  last accessed on 29 November, 2023.
3. https://www.fitbit.com/global/us/technology/fitbit-app,  last accessed on 29 November, 2023.
4. https://www.fitbit.com/global/us/technology/health-metrics, last accessed on 29 November, 2023.
5. https://www.fitbit.com/global/us/products/smartwatches/versa4, last accessed on 29 November, 2023.
6. https://help.fitbit.com/manuals/manual_versa_4_en_US.pdf, last accessed on 29 November, 2023.
7. https://help.fitbit.com/articles/en_US/Help_article/2470.htm#:~:text=A%20high%20readiness%20score%20(30,to%20help%20you%20stay%20motivated, last accessed on 29 November, 2023.