IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WYOMING INTELLECTUAL PROPERTY HOLDINGS, LLC | § § § | |
| v. | § § | CASE NO. 2:24-cv-336[JRG] |
| GOOGLE LLC | § § | |

### NOTICE OF APPEARANCE FOR DEFENDANT

Defendant Google LLC files this Notice of Appearance of Counsel and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, P.C., 102 N. College Ave., Suite 900, Tyler, Texas 75702 is appearing as counsel for Defendant.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  May 20, 2024

Respectfully submitted,

By: /s/ *Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendant**

{A07/07713/0133/W1881156.1 }