**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **WYOMING INTELLECTUAL PROPERTY HOLDINGS, LLC**, | § § § § | |
| Plaintiff, | § § | **CASE NO. 2:24-cv-00336-JRG** |
| | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| | § § | |
| **GOOGLE LLC**, | § § | |
| Defendant. | § | |

**JOINT MOTION TO ENTER PROTECTIVE ORDER**

Pursuant to the Court's Docket Control Order [Dkt. 22] and the July 18, 2024 scheduling conference, Plaintiff Wyoming Intellectual Property Holdings, LLC and Defendant Google LLC hereby jointly submit their Agreed Protective Order.  The parties agree on all aspects of the Agreed Protective Order.

Accordingly, the parties respectfully request that the Court enter the attached Agreed Protective Order.

Dated: August 8, 2024

Respectfully submitted,

By:*/s/ Randall Garteiser, with permission by Shaun W. Hassett*
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

{A72/07713/0133/W1889187.1 }

René A. Vazquez
Virginia Bar No. 41988
rvazquez@sinergialaw.com
**SINERGIA TECHNOLOGY
LAW GROUP, PLLC**
18296 St. Georges Ct.
Leesburg, Virginia 20176
Telephone: (703) 989-2244

COUNSEL FOR PLAINTIFF
WYOMING INTELLECTUAL PROPERTY
HOLDINGS, LLC


*/s/ Shaun W. Hassett*
Tharan Gregory Lanier
tglanier@jonesday.com
Evan McLean
emclean@jonesday.com
Gurneet Singh
gsingh@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

I. Sasha Mayergoyz
smayergoyz@jonesday.com
JONES DAY
110 North Wacker Dr., Suite 4800
Chicago, IL 60606
Telephone: +1.312.782-3939
Facsimile: +1.312.782.8585

Daniele San Román
dsanroman@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Michael E. Jones
SBN: 10929400
Shaun W. Hassett
SBN: 24074372
POTTER MINTON, PC
102 North College, Suite 900
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
Mikejones@potterminton.com
Shaunhassett@potterminton.com

COUNSEL FOR DEFENDANT
GOOGLE LLC


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and Defendant complied with

the meet and confer requirement in Local Rule CV-7(i).  This motion is being filed jointly.


*/s/ Shaun W. Hassett*