IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **WYOMING INTELLECTUAL PROPERTY HOLDINGS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **GOOGLE LLC**, <br><br> Defendant. | § § § § § § § § § § § § § **CASE NO. 2:24-cv-00336-JRG** <br><br> **JURY TRIAL DEMANDED** |

**<u>JOINT MOTION TO AMEND DOCKET CONTROL ORDER</u>**

Plaintiff Wyoming Intellectual Property Holdings, LLC ("WIPH") and Defendant Google LLC ("Google") (collectively, the "Parties") jointly move the Court to enter the First Amended Docket Control Order, which extends the deadline to Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) in light of WIPH's forthcoming amended infringement contentions.

Currently, the deadline to Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) is August 22, 2024. Dkt. 22 at 5. The Parties jointly request that the Court extend that deadline by two weeks to September 5, 2024.

The Parties agree and respectfully submit that good cause exists for the extension of this deadline for at least two reasons. First, this case is in its early stages, the Parties agree that the extension will not prejudice either party given the stage of the case, and the alteration of this deadline will not adversely impact any other case deadlines or Court hearings. Second, Plaintiff intends to move to amend its P.R. 3-1 and P.R. 3-2 infringement contentions and, upon Google's agreement to not oppose that motion, offered a two-week extension for the Parties to serve their

Initial and Additional Disclosures. The additional time will allow Google to investigate and analyze the updates to Plaintiff's infringement contentions, which will benefit both Parties as this case progresses.

Accordingly, the parties respectfully request that the Court enter the attached First Amended Docket Control Order.

Dated: August 19, 2024

Respectfully submitted,

By: */s/ Randall Garteiser*
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

René A. Vazquez
Virginia Bar No. 41988
rvazquez@sinergialaw.com
**SINERGIA TECHNOLOGY LAW GROUP, PLLC**
18296 St. Georges Ct.
Leesburg, Virginia 20176
Telephone: (703) 989-2244

COUNSEL FOR PLAINTIFF
WYOMING INTELLECTUAL PROPERTY
HOLDINGS, LLC

*/s/ Shaun W. Hassett*
Tharan Gregory Lanier
tglanier@jonesday.com
Evan McLean
emclean@jonesday.com
Gurneet Singh
gsingh@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

I. Sasha Mayergoyz
smayergoyz@jonesday.com
JONES DAY
110 North Wacker Dr., Suite 4800
Chicago, IL 60606
Telephone: +1.312.782-3939
Facsimile: +1.312.782.8585

Daniele San Román
dsanroman@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Michael E. Jones
SBN: 10929400
Shaun W. Hassett
SBN: 24074372
POTTER MINTON, PC
102 North College, Suite 900
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
shaunhassett@potterminton.com

COUNSEL FOR DEFENDANT
GOOGLE LLC

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and Defendant complied with the meet and confer requirement in Local Rule CV-7(i).  This motion is being filed jointly.

*/s/ Shaun W. Hassett*
